IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | | |
|---|---|---|
| BRUCE BROOKS, | ) | No. C 13-1352 LHK (PR) |
| Petitioner, | ) ) | ORDER OF DISMISSAL |
| v. | ) ) | |
| CONNIE GIPSON, | ) ) | |
| Respondent. | ) ) | |

On March 26, 2013, Petitioner, a state prisoner proceeding *pro se*, filed a federal writ of habeas corpus. That same day, the Court sent a notification to Petitioner, informing him that he did not pay the filing fee, nor did he file a completed application to proceed in forma pauperis ("IFP"). The Court provided Petitioner with a blank IFP application, along with a return envelope, and a notification that the case would be dismissed if Petitioner failed to pay the fee, or file a completed application with supporting documentation within thirty days. On May 8, 2013, Petitioner filed a motion for leave to proceed IFP. On May 29, 2013, the Court denied Petitioner's motion for leave to proceed IFP and issued an order to Respondent to show cause why the petition should not be granted. In the order, the Court directed Petitioner to pay the $5.00 filing fee within thirty days, or face dismissal.

To date, Petitioner has not paid the filing fee. As more than thirty days have passed since

Order of Dismissal
G:\PRO-SE\LHK\HC.13\Brooks352disifp.wpd

1  Petitioner was instructed to do so, this case is DISMISSED without prejudice.  The Clerk shall
2  terminate all pending motions.
3      IT IS SO ORDERED.
4  DATED: 7/15/13

*Lucy H. Koh*
LUCY H. KOH
United States District Judge