IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| BRUCE BROOKS,               )<br>                                            )<br>     Petitioner,                )<br>                                            )<br>  v.                                      )<br>                                            )<br>CONNIE GIPSON,           )<br>                                            )<br>     Respondent.            )<br>_____) | No. C 13-1352 LHK (PR)<br><br>JUDGMENT |

    The Court has dismissed the instant action. A judgment of dismissal without prejudice is entered. The Clerk shall close the file.

    IT IS SO ORDERED.

DATED: 7/15/13

_____
LUCY H. KOH
United States District Judge

Judgment
G:\PRO-SE\LHK\HC.13\Brooks352jud.wpd