IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| BRUCE BROOKS,<br><br>　　　　Petitioner,<br><br>　v.<br><br>MATTHEW CATE,<br><br>　　　　Respondent. | No. C 13-1352 LHK (PR)<br><br>ORDER GRANTING RESPONDENT'S MOTION TO ENLARGE TIME TO FILE RESPONSE TO PETITION FOR WRIT OF HABEAS CORPUS<br><br>(Docket No. 18) |

　　　　On March 26, 2013, petitioner, a state prisoner proceeding *pro se*, filed a petition for writ of habeas corpus. (Docket No. 1.) Respondent has filed a motion to enlarge the time to file a response. (Docket No. 18.)

　　　　Having shown good cause, respondent's motion is **GRANTED**. Respondent shall file an answer or dispositive motion **no later than April 4, 2014**. Petitioner shall file a traverse **within thirty (30) days** of the filing date of respondent's answer. If respondent files a dispositive motion, petitioner shall file an opposition **within twenty-eight (28) days** of the filing of respondent's dispositive motion. Respondent shall file a reply **within fourteen (14) days** of the filing date of petitioner's opposition.

　　　　 This order terminates docket number 18.

　　　　**IT IS SO ORDERED.**

DATED: __2/21/14__　　　　　　　　　　　　　　　　　*Lucy H. Koh*
　　　　　　　　　　　　　　　　　　　　　　　　　　LUCY H. KOH
　　　　　　　　　　　　　　　　　　　　　　　　　　United States District Judge

Order Granting Resp. Motion to Enlarge Time to File Response
P:\PRO-SE\LHK\HC.13\Brooks352eot-response.wpd