1

2

3

4

5

6

7

8                   IN THE UNITED STATES DISTRICT COURT

9                 FOR THE NORTHERN DISTRICT OF CALIFORNIA

10

11

**BRUCE BROOKS,**                              Case No. C 13-1352 LHK (PR)

12                              Petitioner,    **[~~PROPOSED~~] ORDER**

13

14              v.

15   **CONNIE GIPSON, Warden,**

16                              Respondent.

17

18        GOOD CAUSE being shown, the Court hereby grants respondent's request for an

19   enlargement of time to and including June 3, 2014, in which to file and serve a response to the

20   petition for writ of habeas corpus.  Petitioner shall file and serve a traverse, an opposition or

21   statement of non-opposition within twenty-eight (28) days of the filing of an answer or a motion

22   to dismiss.  In the event respondent files a motion to dismiss, petitioner shall file and serve a reply

23   within twenty-eight (28) days of the filing of any opposition.

24        IT IS SO ORDERED.

25   Dated:   4/15/14                          _Lucy H. Koh_

26                                            _____
                                              The Honorable Lucy H. Koh
27

28

                                      1